## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. SAG-21-061** |
| | : | **Case No. ELH-17-058** |
| **ANTONIO MELVIN,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>MOTION FOR DETENTION HEARING</u>

Antonio Melvin, through undersigned counsel, respectfully moves the Court to set a detention hearing pursuant to Fed. R. Crim. P. 32.1(a)(6). In support of this request, he states the following:

1.  Mr. Melvin has two cases pending in this Court. In case SAG-21-061, he is charged in a one-count indictment with possession of a firearm and ammunition by a prohibited person, in violation of 8 U.S.C. § 922(g)(1). *See* case no. SAG-21-061, ECF No. 1.  In case ELH-17-058, he is facing a petition dated November 5, 2020 alleging five violations of his supervised release. *See* case no. ELH-17-058, ECF No. 57.  Three of the alleged violations are based on the conduct that led to the indictment in case SAG-21-061, while the other two allege technical violations. *Id.*

2.  Mr. Melvin had his initial appearance before this Court in both cases on May 5, 2021. At that time, he consented to pretrial detention, and the Court entered an order of detention by agreement without prejudice to him requesting a detention hearing in the future.

3.  Mr. Melvin has not previously requested a detention hearing on the indictment or the alleged supervised release violations.

4. A detention hearing has been scheduled in case SAG-21-061 for May 26, 2021 at

11:30 a.m.

Based on the foregoing, Mr. Melvin respectfully requests that the Court also hold a detention

hearing in case ELH-17-058 at the same time as the currently-scheduled detention hearing in

case SAG-21-061.

Dated: May 25, 2021.

Respectfully submitted,
James Wyda
Federal Public Defender
 for the District of Maryland

____/s/_____
Jeffrey S. Dahlberg, #5343967 (NY)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: jeff_dahlberg@fd.org